UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **PEOPLE SOURCE STAFFING PROFESSIONALS LLC** | **CASE NO. 3:20-CV-00801** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANNA WILLIAMSON ET AL** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 49] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned case is hereby **DISMISSED, without prejudice**.

MONROE, Louisiana, this 25th day of August, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE